UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: | ) ) | CHAPTER 11 CASE NO. 21-10827-FJB |
| KC PANORAMA, LLC, *et al.*, | ) ) ) ) | (Jointly Administered) |
| Debtor | ) ) |  |

**ORDER AUTHORIZING APPLICATION OF THE DEBTORS PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a) AND 328(a) AND FED. R. CIV. P. 2014 FOR AUTHORIZATION TO EMPLOY AND RETAIN COMMONWEALTH COMMERCIAL ADVISORS, INC. AS REAL ESTATE BROKER FOR THE DEBTORS**

Upon the Application of the Debtors, KC Panorama, LLC, HDG Congress, LLC, and HDG Stuart, LLC ("Debtors")[1] as the debtors and debtors-in-possession in these Chapter 11 cases, dated August 16, 2021, for an order, pursuant to Section 327(a) and 328(a) of Title 11, United States Code ("the Bankruptcy Code"), authorizing the Debtors to employ and retain Commonwealth Commercial Advisors, Inc. ("CCA"), as their exclusive real estate broker, as more fully set forth in the Application; and upon the declaration of Stefan T. Frey, President and Principal Owner of CCA, sworn to on August 16, 2021 ("the Frey Declaration") and annexed to such Application; and it appearing that the Court has jurisdiction to consider the Application and

---

[1] This jointly administered case concerns the following debtors:

KC Panorama, LLC
303 Wyman Street, Suite 330, Waltham, MA 02451
Tax ID Ending in: 8467

HDG Congress, LLC
303 Wyman Street, Suite 330, Waltham, MA 02451
Tax ID Ending in: 9106

HDG Stuart, LLC
303 Wyman Street, Suite 330, Waltham, MA 02451
Tax ID Ending in: 9627

the relief requested therein; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being satisfied based on the representations made in the Application and in the Frey Declaration that CCA is a "disinterested" person within the meaning of Section 101(14) and 327(a) of the Bankruptcy Code; and that the relief request in the Application is in the best interests of the Debtors, their creditors, and all parties-in-interest; and it appearing that appropriate notice of the Application has been given; and it appearing that no further notice need be given; and after due deliberation; and sufficient cause appearing that no order or further notice be given; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED,** that

1. The Application is granted to the extent set forth herein.

2. In accordance with Section 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), the Debtors are hereby authorized to employ and retain Commonwealth Commercial Advisors, Inc. as their exclusive real estate broker on the terms set forth in the Application and the Frey Declaration, to perform all services set forth in the Application, on the terms set forth in the Application and in the Frey Declaration.

3. The terms and provisions of the Listing Agreement are approved, and the Debtors are authorized to compensate CCA in accordance with the Listing Agreement.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2021

                                                      _____
                                                      The Hon. Frank J. Bailey, U.S. Bankruptcy Judge