UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | CASE NO. 21-10827-FJB |
| KC PANORAMA, LLC, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

**DECLARATION RE: ELECTRONIC FILING**

PART I – DECLARATION

I, Stefan T. Frey, *hereby declare under penalty of perjury* that all of the information contained in my Affidavit in Support of Debtors' Motion to Employ Commonwealth Commercial Advisors, Inc. (singly or jointly hereinafter referred to as the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(b) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: August 16, 2021

Signed: _____
Stefan T. Frey

## PART II – DECLARATION OF ATTORNEY

      I certify that the affiant signed this form before I submitted the Document, I gave the affiant a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by the local rule and standing order.  This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011.  I have reviewed and will comply with the provisions of MEFR 7.

Signed:      /s/ Cynthia R. Ravosa
      Cynthia R. Ravosa, Esquire
      BBO No. 696996
      Massachusetts Bankruptcy Center
      One South Avenue
      Natick, MA  01760
      (508) 655-3013 (tel)
      (617) 720-1104 (fax)
      massachusettsbankruptcycenter@gmail.com

Dated: August 16, 2021