

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>KC PANORAMA LLC, *et al.,*<br>Debtors | Ch. 11<br>21-10827-FJB<br><br>Jointly Administered |

### Proceeding Memorandum and Order

**MATTER:**

Zoom Closing Arguments:

#34 Motion filed by Assistant U.S. Trustee John Fitzgerald to Convert Case to Chapter 7 (Bradford, Eric)

#54 Joinder filed by Creditor KHRE SMA Funding, LLC to 34 Motion filed by Assistant U.S. Trustee John Fitzgerald to Convert Case to Chapter 7  with certificate of service. (Mattera, Alex)

#55  Opposition filed by the Debtor (Ravosa, Cynthia)

#64 Joint Pre-Trial Statement

#76 Proposed Findings of Fact and Rulings of Law  filed by Debtor KC PANORAMA LLC (Attachments: # 1 Trial Transcript) (Hamel, Matthew)

#77 Debtors' Post Trial Brief

#79 Proposed Findings of Fact and Conclusions of Law filed by Assistant U.S. Trustee John Fitzgerald

**Decision set forth more fully as follows:**

Zoom Closing Arguments held on 9/8/2021.  Counsel to the Debtors requested leave to file a response to the United States Trustee's Reply to the Debtor's Post trial brief, a request that the court granted.  The Response shall be filed by 430 PM on September 15, 2021, following which the court will take the motion to convert under advisement.

Dated: 9/8/2021

By the Court,

*/s/ Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge